| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LLP**<br>Hamid R. Rafatjoo (Bar No. 181564)<br>hrafatjoo@raineslaw.com<br>Stephen P. Farkas (Bar No. 234060)<br>sfarkas@raineslaw.com<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 440-4100<br>Facsimile:  (310) 691-1367<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiffs | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>FELICIDAD FERRER and RENATO FERRER,<br><br><div align="right">Debtor(s).</div> | CASE NO.:  2:17-bk-13256-ER<br>CHAPTER: 7<br>ADVERSARY NO.: 2:17-ap-01334-ER |
|---|---|
| PREMA THEKKEK and ANTONY THEKKEK,<br><div align="right">Plaintiff(s),</div>vs.<br><br>FELIDICAD FERRER and RANATO FERRER<br><div align="right">Defendant.</div> | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): <u>Final Stipulated Judgment Allowing Claim and Excepting Debt from Discharge</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>Final Stipulated Judgment Allowing Claim and Excepting Debt from Discharge</u>
was lodged on (*date*) <u>2/20/2019</u> and is attached.  This order relates to the motion which is docket number <u>57</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 1     **F 9021-1.2.ADV.NOTICE.LODGMENT**

# EXHIBIT A

**RAINES FELDMAN LLP**
Hamid R. Rafatjoo (Bar No. 181564)
hrafatjoo@raineslaw.com
Stephen P. Farkas (Bar No. 234060)
sfarkas@raineslaw.com
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1367

Attorneys for Prema Thekkek and Antony Thekkek

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-13256-ER |
| FELICIDAD FERRER and RENATO FERRER | Chapter 7 |
| Debtors. | |
| PREMA THEKKEK and ANTONY THEKKEK, | Adv. Case No. 2:17-ap-01334-ER |
| Plaintiffs, | **FINAL STIPULATED JUDGMENT ALLOWING CLAIM AND EXCEPTING DEBT FROM DISCHARGE** |
| v. | |
| FELICIDAD FERRER and RENATO FERRER, | |
| Defendants. | [No Hearing Required] |

-1-

The Court has read and considered the *Stipulation for Entry of Judgment* filed on February 20, 2019 [Adv. Docket No. 57] (the "Stipulation"), entered into by and between Plaintiffs Prema Thekkek and Antony Thekkek (collectively, the "Plaintiffs"), on the one hand, and Defendants Felicidad Ferrer and Renato Ferrer (collectively, the "Debtors"), on the other hand, and has found good cause to approve the Stipulation and enter this Final Stipulated Judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Pursuant to the Stipulation, this Final Stipulated Judgment is entered on the Second, Third and Fourth claims for relief alleged in the Adversary Complaint [Adv. Docket No. 1], under 11 U.S.C. § 523(a)(2), (a)(4), and (a)(6);

2. Plaintiffs are hereby awarded this valid, enforceable Final Stipulated Judgment against the Debtors in the amount of $6,625,000;

3. The $6,625,000 debt owed by the Debtors under this Final Stipulated Judgment is excepted from discharge pursuant to section 523 (a)(2), (a)(4), and (a)(6) of the Bankruptcy Code, in this Bankruptcy Case and in any future bankruptcy case that may be filed by either, or both, of the Debtors; and

4. The Court shall retain jurisdiction to enforce the Stipulation for Entry of Judgment and this Final Stipulated Judgment.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1800 Avenue of the Stars. 12th Floor Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/20/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Joshua R Engle     josh@engle-law.com
- Sam S Leslie (TR)     sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com;trustee@trusteeleslie.com
- Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 2/20/2019 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Overnight Mail
The Honorable Ernest M. Robles
United States Bankruptcy Judge
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

Via Email – (Chapter 7 Trustee)
Varand Gourjian, counsel for Wesley H. Avery,
Chapter 7 Trustee
Email:  varand@gourjianlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/20/2019 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                    Page 2                                     **F 9021-1.2.ADV.NOTICE.LODGMENT**